IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL L. NELSON, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 09-0812-KD-M |
| WARDEN OLIVER, | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this February 26, 2010.

                                               s/ Kristi K. DuBose
                                               UNITED STATES DISTRICT JUDGE